**2007–2023. Martin v. Design Constr. Servs., Inc.**
Summit App. No. 23422, 2007-Ohio-4805. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Journal Entry filed October 24, 2007:

"Whether in an action for temporary damages to noncommercial real property, a failure to prove

the difference between the fair market value of the whole property just before the damage was done and immediately thereafter is fatal to the claim."

O'DONNELL, J., dissents.

The conflict cases are *Adcock v. Rollins Protective Servs. Co.* (1981), 1 Ohio App.3d 160, and *Krofta v. Stallard,* Cuyahoga App. No. 85369, 2005-Ohio-3720.

Sua sponte, cause consolidated with 2007–2024, *Martin v. Design Constr. Servs., Inc.*, Summit App. No. 23422, 2007-Ohio-4805.